# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

TO: ☒ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE   Hon. William Q. Hayes

| FROM: T. Hernandez, Deputy Clerk | RECEIVED DATE: April 5, 2016 |
|---|---|
| CASE NO. 16cv0684-WQH-JDHB | DOC FILED BY: Deborah Tuck |
| CASE TITLE: Tuck v. Portfolio Recovery Associates, LLC. et al ||
| DOCUMENT ENTITLED: Ex Parte Document ||

Upon the submission of the attached document(s), the following discrepancies are noted:

OTHER: Ex Parte Communication

Supplemental documents require court order;

Date Forwarded:  April 7, 2016

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

| ☒ | The document is to be filed nunc pro tunc to date received. |
|---|---|
| ☐ | The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. |

Rejected documents to be returned to pro se or inmate?  ☐ Yes.    Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to
Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Dated: April 12, 2016

*/s/ William Q. Hayes*
Hon. William Q. Hayes
United States District Court