Deborah Tuck
1600 E. Vista Way #85
Vista, CA 92084
Ph: 760-840-1806

**FILED**
4/12/2016
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY s/ mikec DEPUTY

NUNC PRO TUNC
4/5/2016

United States District Court
Southern District of California
Office of the Clerk
333 West Broadway, Suite 420
San Diego, CA 92101

Date: April 4, 2016

684  DHB

Re: MISSING PAGE FROM FILED CASE NUMBER 3:16-CV-~~734~~-WQH-~~JMA~~
Deborah Tuck vs. Porfolio Recovery Associates LLC et al.

Hello Clerk of the Court,

Could you please *conform/stamp and copy* the court copy of the enclosed "missing page #38" from my above-described Compliant Deborah vs. Portfolio Recovery Associates, et al. and file this missing page with the honorable court on my behalf.

Also, could you please *conform/stamp and copy* the enclosed "plaintiff's copy" and place this in the enclosed postage pre-paid envelope I have provided and place it in your outgoing mail?

Thank you so much.

Sincerely submitted,

*Deborah Tuck* (signature)
Deborah Tuck

# VERIFICATION
## DECLARATION OF PLAINTIFF - DEBORAH TUCK

I, DEBORAH TUCK, declare as follows:

**148.** I am the In Pro Se Plaintiff in the above-entitled Ninth Circuit District case.

**149.** I am of age, sound mind and competent to testify to all of the facts based on first-hand knowledge of all of the aforementioned items so stated.

**150.** I have been damaged *financially, socially* and *emotionally* since March 28, 2013 as a direct result of defendant's PRA, HSBC, EQUIFAX, TU, EIS, AND DOES 1-10, inclusively, unlawful actions and conduct including more than fifty (50) calls to my cellular phones.

**151.** I have read the foregoing pleading's in their entirety and believe all of the fact's therein so stated to be both *true and correct*.

**152.** I declare under the penalty of perjury pursuant to the laws of California and the Courts of the United States, that the foregoing is true and correct to the best of my knowledge, information and belief.

**153.** Plaintiff TUCK demands judgement for damages against defendant's PRA, HSBC, EQUIFAX, TU, EIS, AND DOES 1-10, for actual, statutory, and punitive damages, attorney's costs and fees pursuant to pursuant to all of the foregoing facts together with such other and further relief as the Court may deem reasonable and just under the circumstances.

## DEMAND FOR JURY TRIAL

**154.** Plaintiff DEBORAH TUCK hereby demands a trial by jury of all issues so triable as a matter of law.

Respectfully submitted to this court this 19th day of March 2016.

_Deborah Tuck_,

DEBORAH TUCK, Plaintiff In Pro Se.
1600 E. Vista Way #85
Vista, CA 92084
Ph: 760-840-1806

VERIFICATION OF PLAINTIFF DEBORAH TUCK         *Court Copy*         PAGE 38



United States District Court
Southern District of California
Office of the Clerk
333 West Broadway, Suite 420
San Diego, CA 92101

San Diego M.L.C. Retail Branch Lift MON 04 APR 2016 PM

RECEIVED
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
APR - 5 2016