# EXHIBIT A

| Last1 | First1 |
|---|---|
| | PAUL E HROVAT & KENDRA KING |
| | SYED KAMRAN NAYER & LUBNA SAJJAD JAFFRY |
| | TYRONE P MAJOR & CHARMAINE M EBANKS |
| ABLITT | CHRISTINA M |
| AGUILAR | ARMANDO |
| AHMED | THARWAT |
| ALLEN | HENRY |
| ALLEN | JOHN |
| ANDREWS | PAUL |
| APODACA | JANICE M |
| AREND | FELICIA |
| ARORA | ASHOK |
| ARROYO | MICHAEL P |
| ASBURY | KEVIN |
| ASHDOWN | JUSTIN ROBERT |
| ASHE | JOHN M |
| BADRAN | INNA SPIVAK |
| BAKER | ALISA M |
| BALOWSKI | DONALD P |
| BANKS | ROBERT |
| BARNHART | MELISSA ANN |
| BARNHART | RAYMOND K |
| BATISTA | JERILEE |
| BAUER | BRIGHID |
| BAUTISTA | EDDIE |
| BEANE | MICHAEL W |
| BELANY | DEBRA J |
| BELL | CASSAUNDRA |
| BELL | WILLIAM |
| BENBERRY | SUSAN |
| BENGOCHEA | MIGUEL A |
| BENNETT | STEFVON |
| BLEVINS | MISTY R |
| BOMBA | FRANK A |
| BONFIGLIO | PAUL R |
| BORJA | FERNANDO |
| BOYKINS | ROSE |
| BRAATHEN | ROBBIE A |
| BRANCA | MARY |

| | |
|---|---|
| BRANNAM | BRENDA |
| BRANNEN | JOYCE |
| BRINKLEY | FREDERICK |
| BROMBERG | BENJAMIN R |
| BROWN | JAMES AND CATHERINE |
| BROWN | MARK D |
| BUKVICH | MILDRED |
| BURNETT | VERNON |
| BURROUGHS | BRET |
| BYERS | ATHIENA |
| BYNUM | TWYLER T |
| CALDERON | ANGEL |
| CALLIES | DEBI |
| CARPENTER | ELIZABETH S VALLERY |
| CARROLL | ARDITH M |
| CASTRO | ANDRES ARTURO & GUADALUPE |
| CATLETT | LAURA L |
| CHAPMAN | MELVIN V |
| CHATURVEDI | SHILESH K |
| CHEATHAM | GENEVIA |
| CHILDS | DONNA R |
| CHIN | ALSIONA |
| CHRISMAN | RICHARD |
| CHU | PATRICK |
| CIESLA | CHRIS |
| CLARK | JERRY L |
| CLEMENTS | LAKESH |
| COHEN | MICHAEL S |
| COLLINS | RAYMOND |
| COLLINS | ZULEIKA |
| CONNOR | GUY R |
| CORSONES | PETER |
| COUNTRYMAN | KRISTIN A |
| COXBALDENEGRO | CHRISTINA |
| COYKENDALL | JOY LYNN |
| CUNNINGHAM | CRAIG |
| CURRY | JAMES |
| DABASH | ZAID BASSAM |
| DANBAR | KATRINA A |
| DAVIS | KIMBERLY |
| DEAL | MARTHA |

| | |
|---|---|
| DEAN | JANE M |
| DECKARD | TIFFANY |
| DEERING | MARY |
| DEFAZIO | RACHEL |
| DELALUE | RAOUL G |
| DELUCA | NICHOLAS P |
| DEXHEIMER | JACQUELYN |
| DIAMOND | DANIELLE |
| DIXON | TENEKA S |
| DOBYNES | DERRICK |
| DOMINGO | LAWRENCE |
| DOWNS | AUSTRALIA |
| DUNN | BENJAMIN |
| DUNSTAN | SCOTT |
| DYE | SONYA |
| EAKIN | KATHRYN MARIE |
| EBERLY | RICHARD |
| ELWELL | KRISTEN A |
| ENGELS | EARNEST |
| EPPERSON | DAVID D |
| FERGERSON | ROLANDO |
| FETTER | JANE |
| FINNEY | SHAD D |
| FISICHELLA | SEBASTIAN |
| FLETCHER | GARY D |
| FOLEY | MICHELLE L |
| FOOTE | PATRICK |
| FORTE | YOLANDA |
| FOURROUX | JUSTEN & STACIE |
| FOWLER | MICHAEL S |
| FRAZIER | RONDELLT |
| FRISCHMANN | JEFFREY |
| FRITZ | TONY J |
| FRITZ | TRISHA |
| FUENTES | TONY M |
| GABOT | WILL |
| GALINDO | ALBA |
| GAMBOA | DANTE |
| GARCIA | AILIN |
| GIANNASCA | ANTHONY U |
| GILLESPIE | RUSSELL |

| | |
|---|---|
| GOEHST | DAVID J |
| GONCI | JEFFREY A |
| GONZALEZ | BARBARA |
| GONZALEZ | MICHAEL T |
| GONZALEZ ROSARIO | JOANNE |
| GOODRIDGE | MICHAEL A |
| GOSS | JUNE R |
| GOUGH | JOSEPH W |
| GOULD | DIANE T |
| GRANT | DENISE K |
| GRAVETTE | EUGENE S |
| GRAY | LAURA |
| GREENE | COLLETTE |
| GREENGRASS | MICHAEL A |
| GRIEF | DANIEL |
| GRIFFIN | JENNIFER MARIE |
| GUSTAFSON | ANTHONY A |
| GUZMAN | NADINE |
| HADI | MICHAEL A |
| HAGOOD | EDWARD D |
| HALLBERG | TINA M |
| HANSON | DANIELLE |
| HARRINGTON | LARRY |
| HARRIS | BARBARA E |
| HARRIS | JOE |
| HEARD | DIANNA |
| HEARD | THOMAS P |
| HEATLEY | MARETTA |
| HERNANDEZ | RENE |
| HERODE | BENJAMIN |
| HERRERO | CARL |
| HERZOG | KATHLEEN A |
| HILL | ANDREW T |
| HILL | ERIC |
| HILL | MARK E |
| HILLIARD | DAVE E |
| HILLIARD | LAQUESTA |
| HINES | LOTTIE |
| HINTON | AMIE |
| HOOVER | ADAM M |
| HOUSER | CATHY |

| | |
|---|---|
| ISAACS | MARION |
| IVEY | A L |
| JENKINS | CONNIE |
| JENKINS | JARRETT R |
| JEWSEVSKYJ | ALEXANDE M |
| JOHNSON | LARHONDA |
| JOHNSON | MICHAEL |
| JOHNSON | REBECCA |
| JOHNSON | RYAN M |
| JUSTICE | RICKI |
| KANFOLD | STANLEY S |
| KELLEY | JAMES S |
| KEMMERER | BERT |
| KERN | DAVID R |
| KHAN-HEWITT | DEDZRA |
| KIEFER | WENDY L |
| KILMER | TAMMY |
| KING | EARLINA |
| KING | MARIE C |
| KRICHMAR | RACHEL A |
| KRISTIANSEN | STEVEN L |
| KUBLY | BRADFORD L |
| KWIT | TRACY |
| LAMBERT | LESLIE |
| LAMIE | BRYAN SCOTT |
| LAMKIN | PAM J |
| LANG | MAXINE MARIE |
| LARA | ROSIE |
| LAURORE | KEPLER |
| LAWRENCE | MARC |
| LEBOON | CASSANDRA |
| LEE | GREGORY A |
| LEONARD | LYDIA EILEEN |
| LETTRICH | THOMAS R |
| LEVY | SOPHIA |
| LONGA | CHRISTINE |
| LOVETTE | TODD |
| LUKOWICZ | CYNTHIA R |
| LUKOWICZ | JOHN T |
| LUNCEFORD | ALAN |
| LYNCH | DANIEL |

| | |
|---|---|
| MACATANGAY | JULIUS P |
| MADDEN | JULIE |
| MAKARIOUS | ANDREW H |
| MANASSE | FRANCESCO K |
| MARC | CLAUDETTE |
| MARCZAK | STAN |
| MARSELAS | CHARLES A |
| MARTIN JR | GLENN |
| MATHER | DANIEL W |
| MATTEO | DANIEL J |
| MAXEY | AL |
| MAYS | TEREDA |
| MCCALL | CHENELLE |
| MCFARLAND | TYRONE |
| MCINTOSH | ELLA L |
| MCLAUGHLIN | JUDITH A |
| MCLAUGHLIN | WILLIE |
| MCLEOD | SUZANE |
| MCPHERSON | THOMAS |
| MEACHAM | SARAH |
| MEHDI | HUSSEN |
| MEININGER | STEPHEN L |
| MELLO | ARI |
| MERHOLZ | MICHAEL |
| MERLI | DENICE |
| MICHAEL | PATRICIA LYNN |
| MILANA | MARIA |
| MILLSPAUGH | LESLIE A |
| MORRIS | LACEY N |
| MORRIS | TAMARA |
| MORRIS | TIM |
| MULRINE | NORMA J |
| MUSGROVE | HOWARD |
| MUSGROVE | JANET |
| NEEDS | FORREST |
| NEVILLE | FREDERICK |
| NEVITT | NEMIAH |
| NEWCOMB | JOSEPH |
| NICHOLS JR | WILLIAM |
| NIKOLOV | STEVEN S |
| NULLINER | SUSAN |

| | |
|---|---|
| OCANAS | JUANITA |
| OLIVER | LAURA |
| OLIVIER | DAMIEN JONATHAN |
| OLIVIER | SYLVIE T |
| ORTIZ | KATHY R |
| PARKER | CHISTOPHER T |
| PASQUESI | PAUL |
| PASQUESI | SARAH |
| PATTERSON | CALVIN |
| PAUL | PAULINE |
| PAYTON | REBECCA BUCHSTIEN |
| PEACOCK | FARON L |
| PELAEZ | SALLY ANN |
| PERKINS | CANDICE |
| PHILLIPS | CLEVE |
| PHILLIPS | JASON & HOPE |
| PIANTEDOSI | JENNA M |
| PYNES | CASSANDRA |
| QUEEN | KEVIN W |
| RAINS | PHILLIP |
| RAMCHARITAR | KARLA |
| REAMER | DAWN |
| REBELEZ | RIKKIANNE |
| REEDER | RUSTY J |
| REESE | CHRISTOPHER |
| RENFROW | JAY |
| REUPKE | LISA A |
| RHODES | RANDALL J |
| ROBART | DONALD |
| ROBERTSON | BERNARD |
| ROUILLARD | ELLA C |
| ROWE-HOUSER | TANEAKA |
| RUIZ | BONNIE |
| SALMONSEN | JEANNETTE C |
| SANKOFA | PIANKHI |
| SCALES | MICHAEL K |
| SCHARRER | BETH ANN |
| SEAY | RYAN |
| SEELIG | CRAIG |
| SENGVONGXAY | CHANPHONG |
| SHACKELFORD | CHRISTOPHER |

| | |
|---|---|
| SHAW | SHIRLEY M |
| SHEFFIELD | BK |
| SHELLEY | CEDAR |
| SHOTTS | OLGA I |
| SHOUN | AEIREL |
| SHOUP | RAYMOND P |
| SKARBAKKA | KERRY |
| SLATTERY | MICHAEL |
| SMALL | ROGER |
| SMARRELLA | EDITH A |
| SMITH | AKELI J |
| SMITH | KELLY |
| SMITH | TALISHA TALI |
| SMITH | TRACY D |
| SNEED | DEBRA J |
| SNOW | WARD |
| SOLOMON | BEN D |
| SOVICK | SHARON L |
| SOZA | JAMES |
| SPARKS JR | THEO |
| SPRINGER | TAMMY |
| STARKENBURG | DEBORAH M |
| STARTZ | DOUGLAS M |
| STATHOPOULOS | ANGELA |
| STEINHAFEL | PAMELA |
| STEPHENS | DAVID |
| STEVENS | DELBERT L |
| STEWART | GREGORY JACQUES |
| STOUT | KENNETH T |
| STREET | JEFFREY LEE |
| STREIN | ROXANNE M |
| STRELECKI | STEVE |
| STRICKLAND | LAFELL |
| SUAREZ | CARLOS |
| SUAREZ | CHRISTINE |
| SUGGS | JUDITH N |
| SUNDAHL | GARY L |
| SUNDAHL | LAURENCE M |
| SUTTON | CHRISTOPHER |
| TAUUNEACIE | LEWIS LUCAS |
| TAUUNEACIE | TERESA ANN |

| | |
|---|---|
| TECCE | TANYA |
| TERRELL | ELI |
| THOMAS | LARRY |
| THOMSEN | DEREK S |
| TOLBERT | SHWAUN |
| TUCK | DEBORAH A |
| VALDEZ | DESIRE |
| VANDERFORD | VICKIE |
| VIZZIELLI | JOSEPH R |
| WALKER | PAMELA |
| WALKER | PATRICIA |
| WASHINGTON | KELLIE |
| WAXMAN | ROBERT |
| WEAVER | LILLIE |
| WEINER | MATT |
| WENDLBERGER | MICHAEL R |
| WETTHER | STORMEY A |
| WHEELER | CAROLYN |
| WHITE | RONALD |
| WHITLER | THOMAS |
| WIGINGTON | CRYSTAL M |
| WILLIAMS | BRENDA C |
| WILLIAMS | JERRI |
| WILLIAMS | JOANNE |
| WILLIAMS | TAMIKA |
| WILLIS | CHERYL |
| WILSON | KAREN |
| WORTHY | LORENZ |
| WRIGHT | CATHY L |
| YABONI | JOHN A |
| ZILLGITT | MARTHA K |
| ZIMMERMAN | CHRISTO M |